IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NAJEEB HATAMI
6140 Shiplett Blvd
Burke, Va. , 22015

    Plaintiff

v.                                   Case No

MIKE POMPEO
United States Secretary of State
Washington, D.C. 20005

    Defendant

COMPLAINT FOR MANDAMUS

COMES NOW, Najeeb Hatami, by and through his attorney, John T. Riely and sues the Defendant, Mike Pompeo, United States Secretary of State and states as follows:

INTRODUCTION

1. This is a civil action brought pursuant to 8 USC 1329 and 28 USC 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to the plaintiff, by which statutes jurisdiction is conferred. The instant suit seeks to compel Defendant to perform a duty the Defendant owed to the Plaintiff. Jurisdiction is further conferred by 5 USC 704.

2. The instant action is brought to compel the defendant and those acting under him to rule upon the application duly filed by the plaintiff and his fiancée, Geeti Monsef on October 14, 2018 at the Consulate General of the United States in Kabul, Afghanistan.

PARTIES

3. The Plaintiff is NAJEEB HATAMI who is a citizen and national of the United States and who currently resides in Burke, Virginia. Plaintiff Hatami's fiancée is Geeti Monsef and she is the beneficiary of an approved K-1 visa petition classifying her as a fiancée of a U.S. Citizen. Ms. Monsef presently resides in Kabul, Afghanistan.

4. Defendant Mike Pompeo is the duly appointed and confirm Secretary of State of the United States. He is charged by law with the statutory obligation to adjudicate visa applications presented to him. Upon information and belief, it is asserted that such visa application in the present instance has been delegated to the U.S. consulate general sitting in Kabul,

Afghanistan and in the Embassy of the United States of America. Secretary Pompeo is being sued in his official capacity only.

FACTS

5. On or about December 22, 2017 the plaintiff filed with the United States Citizenship and Immigration Services (USCIS) a petition on form I-129F seeking to classify his finance as such and seeking to secure a K-1 visa. The I-129F has numerous elements and requirements the petitioner must meet to secure an approval. This includes a filing fee.

6. On or about August 16, 2018, the US CIS approved the I-129F petition filed by the plaintiff, Mr. Hatami.

7. The plaintiff thereafter worked with the US Consulate in Kabul, Afghanistan to prepare and schedule an interview for the Plaintiff Hatami's fiancée, Geeti Monsef. Plaintiff Hatami further worked to ensure that Ms. Geeti was documentarily qualified for the interview at the consulate and this included providing proof and willingness of financial support. Upon information and belief all documents required by the consulate have been submitted. The 10 month delayed is attributed to administrative processing on the part of the consulate.

8. On or about October 14, 2018 at the Consulate General of the United States in Kabul, Afghanistan, Plaintiff Hatami's fiancée, Geeti Monsef, was scheduled to be interviewed by the defendant and his agents.

9. Upon information and belief the interview went well and was positive. Upon information and belief, it is believed that no derogatory information was developed regarding Plaintiff Hatami' or his fiancée, Geeti Monsef.

10. The defendant and his agents advised the plaintiff and his fiancée that their case would require some administrative processing but that the same would adjudicated in an undefined but reasonable time frame.

11. During the ensuing ten months, the plaintiff and his fiancée have made scores of inquiries to the Defendant through his agents in Kabul, Afghanistan, through his ombudsman, through legal representatives, through congressional and senatorial offices and through contacts with Embassy and consulate personnel.  The plaintiff and his fiancée have been told repeatedly and consistently that the matter is still undergoing administrative processing and that the matter is not yet ripe for issuance of the visa.

12. Upon information and belief, the normal period for ruling on a K-1 fiancée visa has now passed.  Defendant has sufficient information, resources and time to rule on and adjudicate the visa.

CLAIMS

13. Defendant has willfully and unreasonably delayed the adjudication and issuance of the visa and has refused to adjudicate the K-1 visa of the plaintiff thereby depriving him of the right of his fiancée to join him in the United States and depriving him of a right to which he is both entitled and qualified under the Immigration and Nationality Act.

14. The defendant owes the Plaintiff a duty to act upon his approved I-129F and upon the properly presented fiancée application presented to the U.S. Consulate in Kabul, Afghanistan.  The unwillingness of the defendant to issue the visa as applied for and with the attendant delays has caused the plaintiff extreme hardship and heartache precluding him from starting his family as he sees fit.

15. The plaintiff has exhausted any administrative remedies which may exist.

WHEREFORE, Plaintiff prays that this Court:

I. Compel the Defendant and those acting under him to adjudicate the K-1 visa now pending since October 14, 2018;

ii. Grant such other relief as this court deems just;

iii. Grant the plaintiff attorney's fees and suit costs.

Respectfully submitted,

_____/s/_____
John T. Riely
15752 Crabbs Branch Way
Rockville, Md. 20850
(301) 548-1022
jtriely@msn.com